**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SETTERBERG, as Wrongful KAY CLEMMER, as Wrongful Death Heir, and as Successor-in-Interest to CHARLTON CLEMMER, Deceased; and CHARLES CLEMMER and ANN CLEMMER, as Legal Heirs of CHARLTON CLEMMER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>VIAD CORP., *et al.*,<br><br>Defendants. | No. 3:05-cv-04084-CRB<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 25, 2016          By: _____
                                    Charles R. Breyer
                                    United States District Judge

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE